No. 96–7096. DECASTRO v. PATAKI ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7097. HIGHTOWER v. VOSE, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–7099. SERITO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7100. BISHOP v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7101. MACINNES v. BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–7102. LAWRENCE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–7104. MASSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–7105. LARUE v. ROLFS ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7107. HOLTZCLAW v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7108. GLENDORA v. HUBBARD ET AL. Ct. App. N. Y. Certiorari denied.

No. 96–7109. FARR v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7110. HOWARD v. HAWLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–7111. DRENNON v. RODRIGUEZ ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 96–7112. GRASS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–7113. HOWELL v. BOOKER, WARDEN. C. A. 10th Cir. Certiorari denied.